AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Michel, Paul R | Court Appeals Federal Circuit | 04/19/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Chief Judge | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final <br><br> **5b.** ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison Place, NW, #901 <br> Washington, DC 20439 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

X   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

X   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R | 04/19/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/23/05 | West Publishing royalty payment | $ 513.57 |
| 2. 08/25/05 | West Publishing royalty payment | $ 1,888.74 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 04/16/05 | Wu Consulting, LLC (Arlington, VA); Consulting Fee for DHS/TSA consulting (February IV & V services re TWIC) |
| 2. 05/26/05 | Wu Consulting, LLC (Arlington, VA); Consulting Fee for DHS/TSA consulting (March IV & V services re TWIC) |
| 3. 07/01/05 | Wu Consulting, LLC (Arlington, VA); Consulting Fee for DHS/TSA consulting (April IV & V services re TWIC) |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Please see attached statement. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |



| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R | 04/19/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University Club (Washington, DC) | Waiver of initiation fee and reduced monthly membership fee for Government Fellows | $ 900.00 |
| 2. Federal Circuit Bar Association (Washington, DC) | Portrait presentation reception | $ 6,000 |
| 3. Former Law Clerks | Oil Portrait given to the court, hanging in the courthouse | $ 12,000 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Covington & Burling | Legal fees for dismissed lawsuit | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[X] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R | 04/19/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

N/A

| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R | 04/19/2006 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████████        Date  19 apr 06

NOTE: A██████████████████████████ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

IV.    REIMBURSEMENTS – "transportation, lodging, food, entertainment*

| EVENT | PURPOSE |
| --- | --- |
| Customs & International Trade Bar Association (CITBA) and Federal Circuit Bar Association (FCBA) Winter Luncheon & Seminar (Washington, DC) | Meal only; Luncheon Speaker; 03/01/05 |
| New York Intellectual Property Law Association (NYIPLA) 83rd Annual Dinner in Honor of the Federal Judiciary (New York, NY) | "Travel and Lodging" as Dinner Guest; 03/18-19/05 |
| Federal Circuit Bar Association (FCBA) 20th Anniversary Celebration (Washington, DC) | Dinner Speaker; Boat Trip; 04/09/05 |
| Whittier Law School  (Costa Mesa, CA) | "Travel and Lodging" as Speaker and Honored Recipient of 7th Annual Distinguished Speaker Award; 04/11-13/05 in Costa Mesa, California |
| Connecticut Intellectual Property Law Association (CIPLA) 2005 Judges' Dinner & Eli Whitney Award Ceremony (Hartford, CT) | "Travel and Lodging" as Speaker, Honored Guest and Award Recipient at Dinner &  Seminar; 05/11-12/05 at New Haven, Connecticut |
| Federal Circuit Bar Association (FCBA) 7th Bench & Bar Conference (Washington, DC) | "Travel and Lodging" as Guest, Speaker and Panelist at Annual Meeting; 06/22-26/05 at Kiawah Island, South Carolina |
| Fédération Internationale des Conseils en Propriété  Industrielle (FICPI) (Paris, France) | "Travel and Lodging" as Guest Professor Teaching Course in Drafting of U.S. Patent Documents; 10/14-19/05 at Ettington Chase, United Kingdom |
| Intellectual Property Owners (IPO) Education Foundation International Judges' Conference (Washington, DC) | Meals only; Guest Speaker and Panelist at International Judges' Conference; 10/23-26/05 at Washington, DC |

---

* The term "Travel" is used to refer to payment of or reimbursement for the cost of transportation, such as an airline ticket.  Each use of the term "Lodging" may also include food and entertainment.